AO 442 (Rev 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.

SHUCHEN ZHU

Defendant

Case: 1:24-cr-00292
Assigned To : Judge James E. Boasberg
Assign Date : 6/13/2024
Description: Indictment (B)
Related Case: 24-cr-247 (JEB)

FID
11685063

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay (name of person to be arrested) SHUCHEN ZHU
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
18 U.S.C. § 1512(k) (Conspiracy to Obstruct Justice); 18 U.S.C. § 1512(b) (Obstruction of Justice)

FORFEITURE: 18 U.S.C. § 981; 21 U.S.C. § 853(p); and 28 U.S.C. § 2461(c)

Date: 06/13/2024

*Issuing officer's signature*

City and state: Washington, D.C.

Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on (date) 06/13/2024, and the person was arrested on (date) 06/15/2024
at (city and state) Washington DC

Date: 06/17/2024

*Arresting officer's signature*

Derek Stallman - DUSM
*Printed name and title*